IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CASE NO. 26-22029-JAD |
| ANDREW D. HEATH | : | |
| ANJELLA S. HEATH | : | CHAPTER 13 |
| DEBTORS | : | |
| | : | |

PROOF OF INCOME

Filed on behalf of:
Andrew D. Heath and
Anjella S. Heath

Counsel of Record:

Michael C. Eisen
PA ID # 74523
M. Eisen & Associates, P.C.
404 McKnight Park Drive
Pittsburgh, PA 15237
412-367-9005
attorneyeisen@yahoo.com

UNIVERSITY OF NEBRASKA EMPLOYEE EARNINGS RECORD
Name Anjella S Heath
Pers ID

Page 1
Net Pay Deposited On 06/30/2026
Pay Period Ending On 06/30/2026

| | Current | Year to Date |
|---|---|---|
| GROSS EARNINGS | 6,040.92 | 34,245.52 |
| Tax Withholding: | | |
| Social Security | 339.06 | 1,910.33 |
| Medicare | 79.30 | 446.77 |
| Federal | 253.45 | 1,300.50 |
| Nebraska | 165.14 | 908.64 |
| Retirement: | | |
| Basic Plan | 328.79 | 1,862.74 |
| 403B Pre-Tax | 0.00 | 0.00 |
| 403B Roth | 0.00 | 0.00 |
| 457B Pre-Tax | 0.00 | 0.00 |
| 457B Roth | 0.00 | 0.00 |
| Fed Civil Srv | 0.00 | 0.00 |
| Other Deductions | 593.30 | |
| NET PAY | | 4,281.88 |

| Earnings | Hours | Amount |
|---|---|---|
| REGSALRY | | 5,477.92 |
| ADDLCOMP | | 500.00 |
| VAC HRS | 13.50 | 0.00 |
| SCK HRS | 7.50 | 0.00 |
| NUCREDIT | | 63.00 |
| **TOTAL** | | 6,040.92 |

| Other Deductions | |
|---|---|
| HEALTH | 507.00 |
| DENTAL | 40.00 |
| VISION | 23.30 |
| AD&D DED | 2.00 |
| LIFE INS | 16.00 |
| LIFE CH | 3.00 |
| LIFE SP | 2.00 |
| **TOTAL** | 593.30 |

BANK TRANSFER INFORMATION:

| Bank Name | Amount |
|---|---|
| KEYBANK NATIONAL ASSOCIATION | 4,281.88 |

Above tax includes additional amount of:

| LEAVE HOURS | Vacation | Sick | Float Hol |
|---|---|---|---|
| Balance | 260.05 | 1018.25 | 24.00 |

Access the Leave Balances & Usage tile for details

| Univ Contribution For | Soc Security & Medicare | Retirement | Health Ins | Life Ins |
|---|---|---|---|---|
| | 418.36 | 478.23 | 2,118.00 | 6.26 |

| YTD Taxable Earnings | Soc Security Earnings | Medicare Earnings | Fed Taxable Earnings |
|---|---|---|---|
| | 30,811.72 | 30,811.72 | 28,948.98 |

3000 1

Anjella S Heath
9337 N FLORENCE RD.
PITTSBURGH PA 15237-4815

06/30/2026

UNIVERSITY OF NEBRASKA EMPLOYEE EARNINGS RECORD
Name Anjella S Heath
Pers ID

Page 1
Net Pay Deposited On 05/29/2026
Pay Period Ending On 05/31/2026

| | Current | Year to Date |
|---|---|---|
| GROSS EARNINGS | 6,040.92 | 28,204.60 |
| Tax Withholding: | | |
| Social Security | 339.05 | 1,571.27 |
| Medicare | 79.29 | 367.47 |
| Federal | 253.45 | 1,047.05 |
| Nebraska | 165.14 | 743.50 |
| Retirement: | | |
| Basic Plan | 328.79 | 1,533.95 |
| 403B Pre-Tax | 0.00 | 0.00 |
| 403B Roth | 0.00 | 0.00 |
| 457B Pre-Tax | 0.00 | 0.00 |
| 457B Roth | 0.00 | 0.00 |
| Fed Civil Srv | 0.00 | 0.00 |
| Other Deductions | 593.30 | |
| NET PAY | 4,281.90 | |

| Earnings | Hours | Amount |
|---|---|---|
| VAC HRS | 8.00 | 0.00 |
| SCK HRS | 1.25 | 0.00 |
| REGSALRY | | 5,477.92 |
| ADDLCOMP | | 500.00 |
| VAC HRS | 14.50 | 0.00 |
| NUCREDIT | | 63.00 |
| **TOTAL** | | 6,040.92 |

| Other Deductions | |
|---|---|
| HEALTH | 507.00 |
| DENTAL | 40.00 |
| VISION | 23.30 |
| AD&D DED | 2.00 |
| LIFE INS | 16.00 |
| LIFE CH | 3.00 |
| LIFE SP | 2.00 |
| **TOTAL** | 593.30 |

BANK TRANSFER INFORMATION:

| Bank Name | Amount |
|---|---|
| KEYBANK NATIONAL ASSOCIATION | 4,281.90 |

Above tax includes additional amount of:

| LEAVE HOURS | Vacation | Sick | Float Hol |
|---|---|---|---|
| Balance | 257.55 | 1025.75 | 16.00 |

Access the Leave Balances & Usage tile for details

| Univ Contribution For | Soc Security & Medicare | Retirement | Health Ins | Life Ins |
|---|---|---|---|---|
| | 418.34 | 478.23 | 2,118.00 | 6.26 |

| YTD Taxable Earnings | Soc Security Earnings | Medicare Earnings | Fed Taxable Earnings |
|---|---|---|---|
| | 25,343.10 | 25,343.10 | 23,809.15 |

3000 1

Anjella S Heath
9337 N FLORENCE RD
PITTSBURGH PA 15237-4815

05/29/2026

North Allegheny School District, Pittsburgh, PA 15237

Advice Amount: $611.37

| EMP NO | EMPLOYEE NAME | DEPARTMENT | TYPE | ADVICE DATE | PERIOD ENDING | ADVICE NO |
|---|---|---|---|---|---|---|
| | ANDREW DOUGLAS HEATH | TRANSPORTATION (07) | BI WEEKLY | 06/26/2026 | 06/13/2026 | 1485514 |

| EARNINGS | RATE | DAYS / HOURS | CURRENT | YTD |
|---|---|---|---|---|
| REG HOURLY | $0.00 | 31.17 | $767.09 | $8,791.69 |
| SICK | $0.00 | 0.00 | $0.00 | $147.66 |
| PERSONAL | $0.00 | 0.00 | $0.00 | $159.97 |
| JURY DUTY | $0.00 | 0.00 | $0.00 | $442.98 |
| LONGEVITY | $0.00 | 0.00 | $0.00 | $1,000.00 |

| DEDUCTIONS | CURRENT | YTD | EMPLR | EMPLR YTD |
|---|---|---|---|---|
| FICA | $47.56 | $653.62 | $47.56 | $653.62 |
| MEDICARE | $11.12 | $152.86 | $11.12 | $152.86 |
| PA STATE TAX | $23.55 | $323.65 | $0.00 | $0.00 |
| R EIT | $7.67 | $105.42 | $0.00 | $0.00 |
| RETIREMENT | $42.19 | $501.30 | $243.55 | $2,893.79 |
| RETIREMENT | $21.09 | $250.65 | $17.26 | $205.07 |
| PA UC TAX | $0.54 | $7.37 | $0.00 | $0.00 |
| MCC LST | $2.00 | $22.00 | $0.00 | $0.00 |
| JURY DUTY | $0.00 | $27.00 | $0.00 | $0.00 |

| DEPOSITS | |
|---|---|
| KEY BANK | $611.37 |

| W4 | MULTIPLE JOBS | DEPENDENTS | OTHER INCOME | DEDUCTIONS |
|---|---|---|---|---|
| Federal | N | $4,000.00 | $0.00 | $0.00 |

| LEAVE | BEGINNING | EARNED | USED | BALANCE | YTD EARNED | YTD USED |
|---|---|---|---|---|---|---|
| SICK | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 6.0000 | 6.0000 |
| PERSONAL | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 6.5000 | 6.5000 |
| UNPAID | -12.0000 | 0.0000 | 0.0000 | -12.0000 | 0.0000 | 12.0000 |

WITHHOLDING ALLOWANCES

| | FILING STATUS | EXEMPTIONS | EXTRA AMOUNT |
|---|---|---|---|
| Federal | M | 0 | $0.00 |
| State | M | 0 | $0.00 |

ADVICE TOTALS

| TYPE | CURRENT | YTD |
|---|---|---|
| Taxable Pay | $703.81 | $9,790.35 |
| Gross Pay | $767.09 | $10,542.30 |
| Deductions | $155.72 | $2,043.87 |
| Net Pay | $611.37 | $8,498.43 |

**North Allegheny School District**
PAYROLL ACCOUNT
200 Hillvue Lane
Pittsburgh, PA 15237

Advice Date 06/26/2026

Advice Number 1485514

*** Six Hundred Eleven Dollars And Thirty-Seven Cents ***

**$611.37**

07

Pay To The Order Of
ANDREW DOUGLAS HEATH
9337 N FLORENCE ROAD
PITTSBURGH, PA 15237

**DIRECT DEPOSIT NON-NEGOTIABLE**

North Allegheny School District, Pittsburgh, PA 15237 Advice Amount: $962.03

| EMP NO | EMPLOYEE NAME | DEPARTMENT | TYPE | ADVICE DATE | PERIOD ENDING | ADVICE NO |
|---|---|---|---|---|---|---|
| | ANDREW DOUGLAS HEATH | TRANSPORTATION (07) | BI WEEKLY | 06/12/2026 | 05/30/2026 | 1483637 |

| EARNINGS | RATE | DAYS / HOURS | CURRENT | YTD |
|---|---|---|---|---|
| REG HOURLY | $0.00 | 48.99 | $1,205.64 | $8,024.60 |
| SICK | $0.00 | 0.00 | $0.00 | $147.66 |
| PERSONAL | $0.00 | 0.00 | $0.00 | $159.97 |
| JURY DUTY | $0.00 | 0.00 | $0.00 | $442.98 |
| LONGEVITY | $0.00 | 0.00 | $0.00 | $1,000.00 |

| DEDUCTIONS | CURRENT | YTD | EMPLR | EMPLR YTD |
|---|---|---|---|---|
| FICA | $74.75 | $606.06 | $74.75 | $606.06 |
| MEDICARE | $17.48 | $141.74 | $17.48 | $141.74 |
| PA STATE TAX | $37.01 | $300.10 | $0.00 | $0.00 |
| R EIT | $12.06 | $97.75 | $0.00 | $0.00 |
| RETIREMENT | $66.31 | $459.11 | $382.79 | $2,650.24 |
| RETIREMENT | $33.16 | $229.56 | $27.13 | $187.81 |
| PA UC TAX | $0.84 | $6.83 | $0.00 | $0.00 |
| MCC LST | $2.00 | $20.00 | $0.00 | $0.00 |
| JURY DUTY | $0.00 | $27.00 | $0.00 | $0.00 |

| DEPOSITS | |
|---|---|
| KEY BANK | $962.03 |

| W4 | MULTIPLE JOBS | DEPENDENTS | OTHER INCOME | DEDUCTIONS |
|---|---|---|---|---|
| Federal | N | $4,000.00 | $0.00 | $0.00 |

| LEAVE | BEGINNING | EARNED | USED | BALANCE | YTD EARNED | YTD USED |
|---|---|---|---|---|---|---|
| SICK | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 6.0000 | 6.0000 |
| PERSONAL | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 6.5000 | 6.5000 |
| UNPAID | -12.0000 | 0.0000 | 0.0000 | -12.0000 | 0.0000 | 12.0000 |

WITHHOLDING ALLOWANCES

| | FILING STATUS | EXEMPTIONS | EXTRA AMOUNT |
|---|---|---|---|
| Federal | M | 0 | $0.00 |
| State | M | 0 | $0.00 |

ADVICE TOTALS

| TYPE | CURRENT | YTD |
|---|---|---|
| Taxable Pay | $1,106.17 | $9,086.54 |
| Gross Pay | $1,205.64 | $9,775.21 |
| Deductions | $243.61 | $1,888.15 |
| Net Pay | $962.03 | $7,887.06 |

**North Allegheny School District**
PAYROLL ACCOUNT
200 Hillvue Lane
Pittsburgh, PA 15237

Advice Date 06/12/2026
Advice Number 1483837

*** Nine Hundred Sixty-Two Dollars And Three Cents *** **$962.03**

Pay To The Order Of
07
ANDREW DOUGLAS HEATH
9337 N FLORENCE ROAD
PITTSBURGH, PA 15237

**DIRECT DEPOSIT**
**NON-NEGOTIABLE**

North Allegheny School District, Pittsburgh, PA 15237

Advice Amount: $1,201.71

| EMP NO | EMPLOYEE NAME | DEPARTMENT | TYPE | ADVICE DATE | PERIOD ENDING | ADVICE NO |
|---|---|---|---|---|---|---|
| | ANDREW DOUGLAS HEATH | TRANSPORTATION (07) | BI WEEKLY | 05/29/2026 | 05/16/2026 | 1482173 |

| EARNINGS | RATE | DAYS / HOURS | CURRENT | YTD |
|---|---|---|---|---|
| REG HOURLY | $0.00 | 61.17 | $1,505.39 | $6,818.96 |
| SICK | $0.00 | 0.00 | $0.00 | $147.66 |
| PERSONAL | $0.00 | 0.00 | $0.00 | $159.97 |
| JURY DUTY | $0.00 | 0.00 | $0.00 | $442.98 |
| LONGEVITY | $0.00 | 0.00 | $0.00 | $1,000.00 |

| DEDUCTIONS | CURRENT | YTD | EMPLR | EMPLR YTD |
|---|---|---|---|---|
| FICA | $93.33 | $531.31 | $93.33 | $531.31 |
| MEDICARE | $21.83 | $124.26 | $21.83 | $124.26 |
| PA STATE TAX | $46.22 | $263.09 | $0.00 | $0.00 |
| R EIT | $15.05 | $85.69 | $0.00 | $0.00 |
| RETIREMENT | $82.80 | $392.80 | $477.96 | $2,267.45 |
| RETIREMENT | $41.40 | $196.40 | $33.87 | $160.68 |
| PA UC TAX | $1.05 | $5.99 | $0.00 | $0.00 |
| MCC LST | $2.00 | $18.00 | $0.00 | $0.00 |
| JURY DUTY | $0.00 | $27.00 | $0.00 | $0.00 |

| DEPOSITS | |
|---|---|
| KEY BANK | $1,201.71 |

| W4 | MULTIPLE JOBS | DEPENDENTS | OTHER INCOME | DEDUCTIONS |
|---|---|---|---|---|
| Federal | N | $4,000.00 | $0.00 | $0.00 |

| LEAVE | BEGINNING | EARNED | USED | BALANCE | YTD EARNED | YTD USED |
|---|---|---|---|---|---|---|
| SICK | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 6.0000 | 6.0000 |
| PERSONAL | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 6.5000 | 6.5000 |
| UNPAID | -12.0000 | 0.0000 | 0.0000 | -12.0000 | 0.0000 | 12.0000 |

WITHHOLDING ALLOWANCES

| | FILING STATUS | EXEMPTIONS | EXTRA AMOUNT |
|---|---|---|---|
| Federal | M | 0 | $0.00 |
| State | M | 0 | $0.00 |

ADVICE TOTALS

| TYPE | CURRENT | YTD |
|---|---|---|
| Taxable Pay | $1,381.19 | $7,980.37 |
| Gross Pay | $1,505.39 | $8,569.57 |
| Deductions | $303.68 | $1,644.54 |
| Net Pay | $1,201.71 | $6,925.03 |

**North Allegheny School District**
PAYROLL ACCOUNT
200 Hillvue Lane
Pittsburgh, PA 15237

Advice Date 05/29/2026

Advice Number 1482173

*** One Thousand Two Hundred One Dollars And Seventy-One Cents ***

**$1,201.71**

07

Pay To The Order Of
ANDREW DOUGLAS HEATH
9337 N FLORENCE ROAD
PITTSBURGH, PA 15237

**DIRECT DEPOSIT**
**NON-NEGOTIABLE**

**North Allegheny School District, Pittsburgh, PA 15237** **Advice Amount: $1,862.24**

| EMP NO | EMPLOYEE NAME | DEPARTMENT | TYPE | ADVICE DATE | PERIOD ENDING | ADVICE NO |
|---|---|---|---|---|---|---|
| | ANDREW DOUGLAS HEATH | TRANSPORTATION (07) | BI WEEKLY | 05/15/2026 | 05/02/2026 | 1480772 |

| EARNINGS | RATE | DAYS / HOURS | CURRENT | YTD |
|---|---|---|---|---|
| REG HOURLY | $0.00 | 37.41 | $920.66 | $5,313.57 |
| SICK | $0.00 | 6.00 | $147.66 | $147.66 |
| PERSONAL | $0.00 | 6.50 | $159.97 | $159.97 |
| UNPAID HR | $0.00 | 12.00 | $0.00 | $0.00 |
| LONGEVITY | $0.00 | 0.00 | $1,000.00 | $1,000.00 |
| JURY DUTY | $0.00 | 0.00 | $0.00 | $442.98 |

| DEDUCTIONS | CURRENT | YTD | EMPLR | EMPLR YTD |
|---|---|---|---|---|
| FICA | $138.15 | $437.98 | $138.15 | $437.98 |
| MEDICARE | $32.31 | $102.43 | $32.31 | $102.43 |
| PA STATE TAX | $68.41 | $216.87 | $0.00 | $0.00 |
| R EIT | $22.28 | $70.64 | $0.00 | $0.00 |
| RETIREMENT | $67.56 | $310.00 | $389.98 | $1,789.49 |
| RETIREMENT | $33.78 | $155.00 | $27.64 | $126.81 |
| PA UC TAX | $1.56 | $4.94 | $0.00 | $0.00 |
| MCC LST | $2.00 | $16.00 | $0.00 | $0.00 |
| JURY DUTY | $0.00 | $27.00 | $0.00 | $0.00 |

| DEPOSITS | |
|---|---|
| KEY BANK | $1,862.24 |

| W4 | MULTIPLE JOBS | DEPENDENTS | OTHER INCOME | DEDUCTIONS |
|---|---|---|---|---|
| Federal | N | $4,000.00 | $0.00 | $0.00 |

| LEAVE | BEGINNING | EARNED | USED | BALANCE | YTD EARNED | YTD USED |
|---|---|---|---|---|---|---|
| SICK | 4.0000 | 0.0000 | 6.0000 | -2.0000 | 4.0000 | 6.0000 |
| PERSONAL | 4.0000 | 0.0000 | 6.5000 | -2.5000 | 4.0000 | 6.5000 |
| UNPAID | 0.0000 | 0.0000 | 12.0000 | -12.0000 | 0.0000 | 12.0000 |

**WITHHOLDING ALLOWANCES**

| | FILING STATUS | EXEMPTIONS | EXTRA AMOUNT |
|---|---|---|---|
| Federal | M | 0 | $0.00 |
| State | M | 0 | $0.00 |

**ADVICE TOTALS**

| TYPE | CURRENT | YTD |
|---|---|---|
| Taxable Pay | $2,126.95 | $6,599.18 |
| Gross Pay | $2,228.29 | $7,064.18 |
| Deductions | $366.05 | $1,340.86 |
| Net Pay | $1,862.24 | $5,723.32 |

**North Allegheny School District**
PAYROLL ACCOUNT
200 Hillvue Lane
Pittsburgh, PA 15237

Advice Date **05/15/2026** Advice Number **1480772**

*** One Thousand Eight Hundred Sixty-Two Dollars And Twenty-Four Cents *** **$1,862.24**

07
Pay To The Order Of
ANDREW DOUGLAS HEATH
9337 N FLORENCE ROAD
PITTSBURGH, PA 15237

**DIRECT DEPOSIT**
**NON-NEGOTIABLE**

North Allegheny School District, Pittsburgh, PA 15237

Advice Amount: $569.80

| EMP NO | EMPLOYEE NAME | DEPARTMENT | TYPE | ADVICE DATE | PERIOD ENDING | ADVICE NO |
|---|---|---|---|---|---|---|
| | ANDREW DOUGLAS HEATH | TRANSPORTATION (07) | BI WEEKLY | 05/01/2026 | 04/18/2026 | 1479394 |

| EARNINGS | RATE | DAYS / HOURS | CURRENT | YTD |
|---|---|---|---|---|
| REG HOURLY | $0.00 | 12.43 | $305.90 | $4,392.91 |
| JURY DUTY | $0.00 | 18.00 | $442.98 | $442.98 |

| DEDUCTIONS | CURRENT | YTD | EMPLR | EMPLR YTD |
|---|---|---|---|---|
| FICA | $46.44 | $299.83 | $46.44 | $299.83 |
| MEDICARE | $10.86 | $70.12 | $10.86 | $70.12 |
| PA STATE TAX | $22.99 | $148.46 | $0.00 | $0.00 |
| R EIT | $7.49 | $48.36 | $0.00 | $0.00 |
| RETIREMENT | $41.19 | $242.44 | $237.77 | $1,399.61 |
| RETIREMENT | $20.59 | $121.22 | $16.85 | $99.17 |
| PA UC TAX | $0.52 | $3.38 | $0.00 | $0.00 |
| MCC LST | $2.00 | $14.00 | $0.00 | $0.00 |
| JURY DUTY | $27.00 | $27.00 | $0.00 | $0.00 |

| DEPOSITS | |
|---|---|
| KEY BANK | $569.80 |

| W4 | MULTIPLE JOBS | DEPENDENTS | OTHER INCOME | DEDUCTIONS |
|---|---|---|---|---|
| Federal | N | $4,000.00 | $0.00 | $0.00 |

| LEAVE | BEGINNING | EARNED | USED | BALANCE | YTD EARNED | YTD USED |
|---|---|---|---|---|---|---|
| SICK | 4.0000 | 0.0000 | 0.0000 | 4.0000 | 4.0000 | 0.0000 |
| PERSONAL | 4.0000 | 0.0000 | 0.0000 | 4.0000 | 4.0000 | 0.0000 |
| UNPAID | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |

**WITHHOLDING ALLOWANCES**

| | FILING STATUS | EXEMPTIONS | EXTRA AMOUNT |
|---|---|---|---|
| Federal | M | 0 | $0.00 |
| State | M | 0 | $0.00 |

**ADVICE TOTALS**

| TYPE | CURRENT | YTD |
|---|---|---|
| Taxable Pay | $687.10 | $4,472.23 |
| Gross Pay | $748.88 | $4,835.89 |
| Deductions | $179.08 | $974.81 |
| Net Pay | $569.80 | $3,861.08 |

North Allegheny School District
PAYROLL ACCOUNT
200 Hillvue Lane
Pittsburgh, PA 15237

Advice Date 05/01/2026

Advice Number 1479394

*** Five Hundred Sixty-Nine Dollars And Eighty Cents ***

**$569.80**

07

Pay To The Order Of
ANDREW DOUGLAS HEATH
9337 N FLORENCE ROAD
PITTSBURGH, PA 15237

**DIRECT DEPOSIT NON-NEGOTIABLE**